UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

JAMES PRESTON SMITH,

    Petitioner,

V.

UNITED STATES BUREAU OF PRISONS,

    Respondent.

Civil Action No. 7:17-cv-124-KKC

**JUDGMENT**

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, **IT IS ORDERED** and **ADJUDGED** as follows:

1. James Preston Smith's petition for a writ of mandamus [R. 1] is **DENIED**.

2. This action is **STRICKEN** from the Court's active docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated July 28, 2017.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY